## LOCKE v. HANCOCK.

The probate court has exclusive jurisdiction of the adjustment and establishment of advancements.

PETITION for partition. Facts found by a referee.

The plaintiff claims title through Stephen and Benjamin, sons of the late John Sanborn, who at his decease was the owner of the land, and who had conveyed to Stephen and Benjamin other lands exceeding in value their share of his estate. The plaintiff contends that the question of advancements cannot be tried in this suit.

*Sanborn* and *Shirley*, for the plaintiff.

*Barnard & Leach*, for the defendant.

BINGHAM, J. The probate court has jurisdiction of all matters relating to the settlement and final distribution of decedents' estates, including advancements. Gen. St., c. 170, s. 2; c. 184, ss. 9, 10; *Titus* v. *Ash*, 24 N. H. 319, 327; *Henry* v. *Arms*, Smith (N. H.) 39, 44. The defendant must apply to the probate court for an adjustment and establishment of the advancements, and this case may be continued to await the result of that proceeding.

*Case discharged.*

FOSTER, J., did not sit : the others concurred.